IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CORY MCCANN, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:18-cv-4105 |
| | ) |
| v. | ) |
| | ) |
| CAREERBUILDER, LLC, | ) Removal from Circuit Court of |
| | ) Cole County, Missouri |
| | ) Case No. 18AC-CC00152 |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, CareerBuilder Employment Screening, LLC ("CBES" or "Defendant") (incorrectly identified in the Complaint as "CareerBuilder, LLC"), by and through its attorneys, Lathrop Gage LLP and Seyfarth Shaw LLP, files this Notice of Removal with respect to Case No. 18AC-CC00152, filed in the Circuit Court of Cole County, Missouri. In support of this Notice, CBES states as follows:

1. On April 20, 2018, Plaintiff Cory McCann filed a purported class action Complaint in the Circuit Court of Cole County, Missouri, entitled *Cory McCann v. CareerBuilder, LLC*, Case No. 18AC-CC00152. True and accurate copies of all process, pleadings, and orders are attached hereto as Exhibit A.

2. On April 24, 2018, Plaintiff served a copy of the summons and Complaint on CareerBuilder, LLC. *See* Ex. A. The proper defendant in this case is CareerBuilder Employment Screening, LLC.

3. In accordance with 28 U.S.C. § 1446(b), CBES filed this Notice of Removal within thirty (30) days of the date on which the Complaint was served on CareerBuilder, LLC.

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because this District and division embrace the place where the action was filed.

5. Written notice of the filing of this Notice of Removal is being delivered to Plaintiff through his counsel of record. A copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of Cole County, Missouri.

6. Under 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action because Plaintiff asserts a claim under federal law. In his Complaint, Plaintiff claims that Defendant violated the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. *See* Compl. ¶¶ 21-25, 27, 37-44.

8. Because Plaintiff asserts claims under the laws of the United States, this Court has original federal question jurisdiction over Plaintiff's action. Accordingly, removal of Plaintiff's Complaint is proper pursuant to 28 U.S.C. § 1331.

9. By filing this Notice of Removal, CBES does not concede nor waive any defense to this action, including that Plaintiff lacks standing to bring this action and that this Court does not have personal jurisdiction over Defendant as to some or all of the putative class members. CBES reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, CBES respectfully removes this action from the Circuit Court of Cole County, Missouri, to the United States District Court for the Western District of Missouri.

Dated: May 24, 2018

Respectfully submitted,

CAREERBUILDER EMPLOYMENT SCREENING, LLC

By  */s/ Rosalee M. McNamara*
Rosalee M. McNamara (Mo. Bar No. 33645)
rmcnamara@lathropgage.com
LATHROP GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 292-2001

Pamela Q. Devata*
John W. Drury*
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
(312) 460-5000

Attorneys for Defendant

**request for pro hac vice admission to be submitted*

## **CERTIFICATE OF SERVICE**

I, Rosalee McNamara, an attorney, certify that I caused a copy of the attached **NOTICE OF REMOVAL** to be served by Federal Express and through the Court's CM/ECF system, on May 24, 2018, upon the following counsel of record:

Charles Jason Brown, Esq.
Jayson A. Watkins, Esq.
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEY FOR PLAINTIFF

                                                         */s/ Rosalee M. McNamara*
                                                        Attorney for Defendant

4
29548070v1
Case 2:18-cv-04105-MDH    Document 1    Filed 05/24/18    Page 4 of 4