**JUDGMENT IN A CIVIL CASE**

*UNITED STATES DISTRICT COURT*

| | |
|---|---|
| CORY MCCANN, ) | |
| ) | |
| ) | |
| vs. ) | Case No. 18-4105-CV-C-MDH |
| ) | |
| CAREERBUIDLING EMPLOYMENT ) | |
| SCEENING, LLC ) | |
| ) | |

__  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED and ADJUDGED** the Defendant's Motion to Dismiss Plaintiff's Complaint. (Doc. 14) is granted. Plaintiff's Complaint is dismissed in its entirety and with prejudice.

**IT IS SO ORDERED.**


 August 20, 2018                                Paige Wymore-Wynn
Date                                             Clerk of Court


Entered on:  August 20, 2018           s/Linda Howard
                                             (By) Deputy Clerk